IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40895
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PHAROAH STERLING GIBSON,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-27-1
- - - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Pharoah Sterling Gibson has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Our independent review of the brief and record discloses no nonfrivolous issues.  Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.